IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**REGINALD TREVON MITCHELL**,

    Plaintiff,

v.

**MARTY ALLEN and BRIAN OWENS,**

    Defendants.

Civil Action No. 7:13-CV-140 (HL)

## ORDER

    This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 17), entered on April 18, 2014. Judge Langstaff recommends that the Motion to Dismiss (Doc. 13) filed by Defendants be granted. Plaintiff has not filed any objections to the Recommendation. The Court reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Motion to Dismiss (Doc. 13) is granted.

    **SO ORDERED**, this 7th day of May, 2014.

                                  *s/ Hugh Lawson*
                                  **HUGH LAWSON, SENIOR JUDGE**

aks